# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| CONNIE REGULI and WENDY HANCOCK <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRACY HETZEL, KIMBERLY HELPER, MARY KATHERINE EVINS, LORI RUSS, DAVID O'NEIL and CITY OF BRENTWOOD <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-0541 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Katherine Evins
1015 Kinsman Ave
Murfreesboro, TN 37129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Larry L. Crain, Crain Law Group, PLLC, 5214 Maryland Way, Ste 402, Brentwood, TN 37027
Lorraine Wade, Wade Law Firm, 199 Enon Springs W, Smyrna, TN 37167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/2/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mary Katherine Evins
was received by me on *(date)* May 3, 2024.

☒ I personally served the summons on the individual at *(place)* 135 Fourth Ave S. Franklin, TN. at Williamson Cnty Cthse. on *(date)* May 3, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 100 00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 5-3-2024

_Chad Farley_
Server's signature

Chad Farley
Printed name and title

3000 Dalton Smith Ct. Apt 318-1700
Clarksville, TN
Server's address

Additional information regarding attempted service, etc: