# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| CONNIE REGULI and WENDY HANCOCK <br><br> *Plaintiff(s)* <br> v. <br> TRACY HETZEL, KIMBERLY HELPER, MARY KATHERINE EVINS, LORI RUSS, DAVID O'NEIL and CITY OF BRENTWOOD <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-0541 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David O'Neil
910 Heritage Way
Brentwood TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Larry L. Crain, Crain Law Group, PLLC, 5214 Maryland Way, Ste 402, Brentwood, TN 37027
Lorraine Wade, Wade Law Firm, 199 Enon Springs W, Smyrna, TN 37167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 5/2/2024

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David O'Neil__
was received by me on *(date)* __May 3, 2024__.

☒ I personally served the summons on the individual at *(place)* __910 Heritage Way Brentwood TN Brentwood Police Station__ on *(date)* __May 3, 2024__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ __100.00__ for services, for a total of $ __100.00__.

I declare under penalty of perjury that this information is true.

Date: __5-3-2024__

_____
Server's signature

__Chad Farley__
Printed name and title

__3000 Dalton Smith Ct Apt 1700-318__
Server's address
__Clarksville TN 37043__

Additional information regarding attempted service, etc: