# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| CONNIE REGULI and WENDY HANCOCK <br><br> *Plaintiff(s)* <br> v. <br> TRACY HETZEL, KIMBERLY HELPER, MARY KATHERINE EVINS, LORI RUSS, DAVID O'NEIL and CITY OF BRENTWOOD <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-0541 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Brentwood
Kirk Bednar
5211 Maryland Way
Brentwood, TN 37027
615.371.0060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Larry L. Crain, Crain Law Group, PLLC, 5214 Maryland Way, Ste 402, Brentwood, TN 37027
Lorraine Wade, Wade Law Firm, 199 Enon Springs W, Smyrna, TN 37167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/2/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kirk Bednar, City of Brentwood
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kristen Corn (Corn) , who is
designated by law to accept service of process on behalf of *(name of organization)* City of
Brentwood, TN on *(date)* May 3, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-3-2024

Server's signature

Chad Farley
Printed name and title

3000 Dalton Smith Ct Apt 1700-318
Server's address
Clarksville TN 37043

Additional information regarding attempted service, etc: